**Order entered October 3, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00517-CV

**ANDROMEDA JONES-GILDER, Appellant**

**V.**

**DEQUAYAN KEITH GILDER, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-01650**

### ORDER

Appellant's brief in this case is overdue. By postcard dated August 31, 2022, we notified appellant her brief was overdue and cautioned her that failure to file a brief within ten days might result in the dismissal of this appeal. Thereafter, on September 21, 2022, Frank Adler filed a letter notifying the Court that he had been retained to represent appellant in this appeal.

On the Court's own motion, we extend the time to file appellant's brief until October 21, 2022. We caution appellant that failure to do so may result in the

dismissal of this appeal without further notice.  *See* TEX. R. APP. P. 38.8(a)(1);

42.3(a)(b).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE